# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | No.: 4:17-CV-00542 |
| | (Judge Brann) |
| Plaintiff, | |
| v. | |
| PERMANENT EASEMENT FOR 3.24 ACRES AND TEMPORARY EASEMENTS FOR 4.70 ACRES IN HEMLOCK AND MOUNT PLEASANT TOWNSHIPS, COLUMBIA COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 18,03--017-00,000, 4 COVERED BRIDGE ROAD, BLOOMSBURG, HEMLOCK TOWNSHIP AND MOUNT PLEASANT TOWNSHIP, COLUMBIA COUNTY, PA 17815, CHRISTOPHER TROY MCCALLUM, JILLIAN ASHLEY LASHMETT, AND ALL UNKNOWN OWNERS, | |
| Defendants. | |

## ORDER

**AND NOW**, this 30th day of June 2017, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Partial Summary Judgment is **GRANTED**. April 14, 2017, ECF No. 5.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge